UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| DAVID STEBBINS, <br>     Petitioner | ) ) ) ) ) | Case No. 25-6348 |

### MOTION TO CLARIFY AND FOR EXTENSION OF TIME TO COMLY WITH COURT ORDER

    Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Clarify and for Extension of Time to Comply with the Court's Order.

1.     The Court gave no details whatsoever as to why it considers the appeal to be frivolous. It seems that the Court is expecting me to read its mind and figure out for myself why it considers the appeal to be frivolous.

2.     I therefore respectfully ask the Court to issue a statement explaining exactly why it considers the appeal to be frivolous, so I can respond to it. I also ask that it not simply state "for the reasons specified in the district court order dismissing the action," because if that's all it is, then my grounds for claiming that it's not frivolous is entirely redundant of my Brief, and since the Court has stayed briefing in this case, that obviously can't be right.

3.     I also ask that the Court stay indefinitely the 35 day limit for me to show cause until it has issued its clarification.

    So requested on this, the 30th day of October, 2025.

*/s/ David Stebbins* <br>
David Stebbins
