

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS, <br><br> Petitioner - Appellant, <br><br> v. <br><br> UNKNOWN PARTY, <br><br> Respondent - Appellee. | No. 25-6348 <br><br> D.C. No. 3:25-mc-80278-SK <br> Northern District of California, San Francisco <br><br> ORDER |

The motion (Docket Entry No. 5) for clarification of the October 30, 2025 order is denied. *Within 35 days*, appellant must either:

(1) file a statement explaining why the appeal is not frivolous, OR

(2) file a motion to voluntarily dismiss the appeal, *see* Fed. R. App. P. 42(b).

If appellant files a statement explaining why the appeal is not frivolous, the court will determine whether the appeal is frivolous. If appellant files anything else (other than a motion to voluntarily dismiss the appeal), including any motions for reconsideration or further motions for clarification, the court may determine whether the appeal is frivolous without further notice. If it is frivolous, the appeal will be dismissed. If it is not frivolous, the appeal will proceed.

Briefing is stayed.

If appellant does not respond to this order, the court may dismiss this appeal without further notice.

The clerk will serve on appellant: (1) a form motion to voluntarily dismiss the appeal, and (2) a form statement that the appeal should go forward.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT