# Exhibit C

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DAVID A. STEBBINS,

    Plaintiff,

v.

ALPHABET INC., et al.,

    Defendants.

Case No. 22-cv-00546-JSW

**ORDER GRANTING MOTION TO STAY**

Re: Dkt. No. 92

The Court HEREBY GRANTS Plaintiff David A. Stebbins' motion for a stay pending resolution of his 17 U.S.C. section 512(h) petition. All pending hearings and deadlines are vacated until further order of the Court.

**IT IS SO ORDERED.**

Dated: September 9, 2025

_____
JEFFREY S. WHITE
United States District Judge