# Exhibit B

David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                        PLAINTIFF

VS.                           Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                    DEFENDANTS

**MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION OF PETITION FOR SUBPOENA AS SEPARATE ACTION**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Stay in the above-styled action.

1. This Court expressly gave me leave to file this motion if I am also filing a Petition for Subpoena as a separate action. See Dkt. 91, Page 2, Lines 15-16.

2. I am mailing in said petition. An unofficial copy of the petition is hereby attached as **Exhibit A**. I do not know when it will arrive at the Courthouse, though, because I am mailing it via first class mail, so I don't have a tracking number.

3. I therefore ask the Court to stay the case until it's both received the petition in the mail and had a chance to rule on it.

So requested on this, the 8th day of September, 2025.

/s/ David Stebbins
David Stebbins

Case 3:22-cv-00546-JSW                  -1-                           Motion for Stay